AMERICAN LEAD PENCIL COMPANY, Respondent, v. RELIANCE PENCIL CORPORATION, Appellant.— Order so far as appealed from modified by limiting the examination solely as to the quality of defendant's merchandise, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

AMERICAN LEAD PENCIL COMPANY, Respondent, v. RELIANCE PENCIL CORPORATION, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

LAURA SIGRID SUOMINEN, Also Known as SIRKKA SUOMINEN, Respondent, v. AXEL SUOMINEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ALAN J. O'BRIEN, INCORPORATED, Respondent, against CHARLES W. BERRY, Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JACK BERCY, as Treasurer of the International Pocketbook Workers Union, Respondent, v. BENJAMIN POTASH and Others, Defendants, Impleaded with LEO SELTZER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BETTY SCARPELLI, Respondent, v. GIUSEPPE DACCHILLO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Supplementary Proceedings: BERTRON, GRISCOM & Co., INC., Judgment Creditor, Respondent, v. ABRAM C. WISNER, Judgment Debtor, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MARY E. STICKLER, Appellant, to Compel JOSEPH A. BRODERICK, Individually and as Superintendent of Banks, and THE BANK OF UNITED STATES, Respondents, to Turn over Bond and Mortgage.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALEXANDER WERNER, Respondent, v. JOSEPH D. FRANKEL and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLY RIESER, Respondent, v. CAMPBELL, PETERSON AND COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley, and Townley, JJ.

WILLY RIESER, Respondent, v. CAMPBELL, PETERSON AND COMPANY, INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HENRY C. SCHNAKE, Respondent, v. LOUIS K. COMSTOCK and Others, Appellants,